UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOMINICK DIMOLFETTA,

    Plaintiff,

v().                                        Case No:  2:12-cv-518-Ftm-SPC

CIRCLE K STORES INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Parties' Joint Motion for Extension of Defendant's Expert Disclosure Deadline (Doc. #20) filed on April 29, 2013.  The Parties request that the expert report disclosure deadline for Defendant be extended to June 28, 2013, which is after mediation will occur.  Extending the expert report deadline to June requires that all deadlines in the case management and scheduling order be extended.  The Court finds good cause to allow the extension, and extends the deadlines as set forth below.

Accordingly, it is now

**ORDERED**:

The Parties' Joint Motion for Extension of Defendant's Expert Disclosure Deadline (Doc. #20) is **GRANTED**.  The deadlines in this matter are extended as follows:

| | |
|---|---|
| **Certificate of Interested Persons and Corporate Disclosure Statement** | **IMMEDIATELY** |
| **Disclosure of Expert Reports**    Plaintiff:<br>Defendant:<br>Rebuttal: | May 28, 2013<br>June 28, 2013 |

1

| | |
|---|---|
| **Discovery Deadline** | June 3, 2013 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | July 8, 2013 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | September 20, 2013 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | September 30, 2013 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | September 30, 2013 |
| **Final Pretrial Conference    Date:<br>Time:<br>Judge:** | October 21, 2013<br>9:00 AM<br>Sheri Polster Chappell |
| **Trial Term Begins**<br>   [Trials Before Magistrate Judges Begin on Date Certain] | NOVEMBER 4, 2013<br>9:30 A.M. |
| **Estimated Length of Trial** | 3-4 days |
| **Jury/Non Jury** | Jury |

**DONE AND ORDERED** at Fort Myers, Florida this 30th day of April, 2013.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of record